UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALDO S. LIGONS,

Plaintiff,

v.

Lt. MARK KROLL,
DAVID CRIST, Warden, and
Sgt. WELLER,

Defendants.

Civil File No. 02-805 (DSD/JGL)

ORDER

Plaintiff, a prisoner at the Minnesota Correctional Facility at Stillwater, Minnesota, has filed a civil complaint seeking relief under 42 U.S.C. § 1983. He did not tender the $150 filing fee required by 28 U.S.C. § 1914(a), but instead filed an application for leave to proceed in forma pauperis, ("IFP"), which is now before the Court.

The Court finds that Plaintiff is financially eligible to proceed IFP, and his application for IFP status will therefore be GRANTED. The Court further finds that Plaintiff does not have the assets or means to pay an initial partial filing fee, so he will be excused from paying any such fee at this time. See 28 U.S.C. § 1915(b)(4). However, Plaintiff will be required to pay the unpaid balance of the filing fee, (in this case, the full $150), in installments pursuant to 28 U.S.C. § 1915(b)(2). Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998) ("[t]he purpose of the [PLRA] was to require all prisoner-litigants to pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). The Clerk of Court will be directed to provide notice of this requirement to the prison authorities at the institution where Plaintiff is confined.

APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Because IFP status is granted, Plaintiff is entitled to have the named Defendants served by the U.S. Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). A summons shall therefore be issued, and the U.S. Marshal will be directed to effect service of process on the named Defendants.

The Court will presently defer any ruling on the legal sufficiency of Plaintiff's complaint. See 28 U.S.C. § 1915A. Those Defendants upon whom service of process is effected shall be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and complaint, so that Defendants will be apprised of their obligation to file a responsive pleading.

Finally, Plaintiff has filed a two-paragraph motion entitled "NOTICE OF MOTION AND MOTIONS FOR CONSECUTIVE FILING FEES IF ANY, AND CONSTRUE AS DECLARATORY JUDGEMENT, AND DAMAGES." (Docket No. 3.) Plaintiff is seeking an order "placing any new filing fees (if any) to be collected consecutively to the present order of deductions from Plaintiff's account." He also seems to be asking the Court to enter a declaratory judgment in his favor in this matter. Plaintiff's motion will be denied. His filing fee for this action will have to be paid in the manner prescribed by 28 U.S.C. § 1915(b)(2), and any payments received by the Clerk's office will be applied toward his outstanding filing fee obligations in accordance with the Clerk's customary practices and procedures. Furthermore, Plaintiff clearly is not entitled to any declaratory judgment at this early stage of this litigation. If the Court ultimately rules that Plaintiff has sustained the claims advanced in his complaint, he can then re-new his request for a declaratory judgment.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action -- namely the full $150 required by 28 U.S.C. § 1914(a) -- in the manner prescribed by 28 U.S.C. § 1915(b)(2); and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. The Clerk of Court shall issue a summons, and the Marshal shall effect service of process on the named Defendants;

4. A copy of this Order shall be served together with the summons and complaint;

5. Those Defendants upon whom service of process is effected shall be required to file a response to Plaintiff's complaint; and

6. Plaintiff's "NOTICE OF MOTION AND MOTIONS FOR CONSECUTIVE FILING FEES IF ANY, AND CONSTRUE AS DECLARATORY JUDGEMENT, AND DAMAGES," (Docket No. 3), is DENIED.

Dated: April 19, 2002

JONATHAN LEBEDOFF
Chief Magistrate Judge