**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RONALDO S. LIGONS,** Civil No. 02-805 (DSD/JGL)

Plaintiff,

v. **O R D E R**

**MARK KROLL, Lt.; DAVID CRIST, Warden; and SGT. WELLER;**

Defendants.

---

APPEARANCES

Ronaldo S. Ligons, pro se

Jennifer A. Service, Esq., Assistant Attorney General, for Defendants

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Plaintiff's Motion for Acceptance of Supplemental Appendix 6-9 (Doc. No. 5) and Plaintiff's Motion for Acceptance of Supplemental Appendix 6-9 (Doc. No. 9). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff's first Motion for Acceptance of Supplemental Appendix 6-9 is granted. Plaintiff's second Motion for Acceptance of Supplemental

FILED 9-18-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Appendix 6-9 is duplicative of the first motion in all respects and is therefore denied as moot.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Plaintiff's first Motion for Acceptance of Supplemental Appendix 6-9 (Doc. No. 5) is **GRANTED**; and

(2) Plaintiff's second Motion for Acceptance of Supplemental Appendix 6-9 (Doc. No. 9) is **DENIED AS MOOT**.

Dated: September 17, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge