**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RONALDO S. LIGONS,** Civil No. 02-805 (DSD/JGL)

Plaintiff,

v. **O R D E R**

**MARK KROLL, Lt.; DAVID CRIST, Warden; and SGT. WELLER;**

Defendants.

---

APPEARANCES

Ronaldo S. Ligons, pro se
Jennifer A. Service, Esq., Assistant Attorney General, for Defendants

---

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff dated September 17, 2002; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Directed Verdict (Doc. No. 12) is **DENIED.**

Dated: 10/9/02

DAVID S. DOTY
United States District Court

FILED OCT 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK