/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RONALDO S. LIGONS,**

Plaintiff,

v.

**MARK KROLL, Lt.; DAVID CRIST, Warden; and SGT. WELLER;**

Defendants.

Civil No. 02-805 (DSD/JGL)

**O R D E R**

---

APPEARANCES

Ronaldo S. Ligons, pro se

Jennifer A. Service, Esq., Assistant Attorney General, for Defendants

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Plaintiff's Motion for Full Compliance with First Amendment Protections and Plaintiff's Motion for Summary Judgment. This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff filed the above motions on September 25, 2002. As of November 15, 2002, Defendants have not filed a response to either motion. An affidavit of service on the Attorney General for both motions was filed with the Court. The pretrial scheduling order in this case established that responses to

NOV
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

nondispositive motions shall be filed and served on or before fourteen days following service of the original motion. (Order of June 3, 2002 at 2.) The order also established that responses to dispositive motions shall be filed and served on or before thirty days following service of the motion. Defendants are ordered to file and serve responsive memoranda to both motions by Friday, November 29, 2002, or this Court will act pursuant to D. Minn. LR 7.1(d), which permits a wide variety of sanctions when a party fails to timely deliver and serve a memorandum of law. The Court notes that this is not the first time Defendants have failed to respond to a dispositive motion by Plaintiff. (Order of September 17, 2002 at 2.)

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants must file and serve responsive memoranda to Plaintiff's Motion for Full Compliance with First Amendment Protections and Plaintiff's Motion for Summary Judgment by Friday, November 29, 2002.

Dated: November 15, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge