UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronaldo S. Ligons,

Plaintiff,

v.

Lt. Mark Kroll, Warden David Crist, and Sergeant Weller,

Defendants.

Civil No. 02-805 (DSD/JGL)

**ORDER**

APPEARANCES

Ronaldo S. Ligons, pro se

Jennifer A. Service, Assistant Attorney General, for Defendants.

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated February 5, 2003; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Full Compliance with First Amendment Protections is **denied** [#15];

2. Plaintiff's Motion for Summary Judgment is **denied** [#16]; and

FILED 2-28-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 2-28-03
DEPUTY CLERK

3. Defendants' Motion for Summary Judgment is **granted** [# 20] and the case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 2/28/03

DAVID S. DOTY
United States District Court