UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-805(DSD/JGL)

Ronaldo S. Ligons,

Plaintiff,

v. **ORDER**

Lt. Mark Kroll, David
Crist, Warden, Sgt. Weller,

Defendants.

This matter is before the court upon plaintiff Ronaldo Ligons' motion to reconsider the court's March 5, 2003, order [Docket No. 32]. After a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion to reconsider [Docket No. 33] is denied.

Dated: April 9, 2003

David S. Doty, Judge
United States District Court

FILED 4-9-03
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______