UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-805(DSD/JGL)

Ronaldo S. Ligons,

Plaintiff,

v.

**ORDER**

Lt. Mark Kroll, David Crist, Warden, Sgt. Weller,

Defendants.

This matter is before the court upon its own motion to determine the initial partial filing fee for plaintiff to proceed in forma pauperis on appeal.

**DISCUSSION**

When a prisoner bringing a civil rights action has qualified to proceed on appeal in forma pauperis ("IFP"),[1] he is still required to pay the entire $105 filing fee. See 28 U.S.C. § 1915(b)(1). The court must assess an initial partial filing fee of 20 percent of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the account for the preceding six month period. See 28 U.S.C. § 1915(b)(1)(A) and (B). However, no prisoner may be prevented from appealing a

[1] The court has already granted plaintiff's motion to proceed on appeal in forma pauperis.

FILED JUN 30 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ___________
Deputy Clerk's Initials _____

judgment because he is unable to pay an initial partial filing fee. See 28 U.S.C. § 1915(b)(4). In this case, the average monthly deposits to plaintiff's account was $2.37 and the average monthly balance was 49 cents. Plaintiff must therefore pay a partial filing fee of 47 cents.

**CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED** that:

1. In proceeding on appeal, plaintiff shall be required to pay a initial partial filing fee of 47 cents, pursuant to 28 U.S.C. § 1915(b)(1).

2. Plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to his prisoner account until the $105 filing fee has been paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

Dated: June 30, 2003

David S. Doty, Judge
United States District Court