UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-805(DSD/JGL)

Ronaldo S. Ligons,

Plaintiff,

v. **ORDER**

Lt. Mark Kroll, David Crist, Warden, Sgt. Weller,

Defendants.

This matter is before the court upon plaintiff's motion for renewal of request for documents. For the reasons stated in the court's order of April 28, 2003 [Docket No. 44], plaintiff's motion is denied.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion [Docket No. 47] is denied.

Dated: February 9, 2004

David S. Doty, Judge
United States District Court

FILED FEB - 9 2004
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______