02-805

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 4464100?756
Cashier ID: jnurnber
Transaction Date: 01/08/2007
Payer Name: MN CORR FACILITY STILLWATER

---

[illegible] CIVIL FILING FEE
For: RONALDO LIBOMO
Case/Party: D-MNX-0-02-CV-000805-001
Amount: $14.00

---

CHECK
Check/Money Order Num: 62501
Amt Tendered: $14.00

---

Total Due: $14.00
Total Tendered: $14.00
Change Amt: $0.00

SCANNED
JAN 10 2007
U.S. DISTRICT COURT MPLS