Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641011466
Cashier ID: jnurnber
Transaction Date: 03/07/2007
Payer Name: MCF STILLWATER

---

PLRA CIVIL FILING FEE
For: RONALDO LIGONS
Case/Party: D-MNX-0-02-CV-000805-001
Amount: $34.00

---

CHECK
Check/Money Order Num: 63375
Amt Tendered: $34.00

---

Total Due: $34.00
Total Tendered: $34.00
Change Amt: $0.00

SCANNED
MAR 09 2007
U.S. DISTRICT COURT MPLS