Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641013544
Cashier ID: dbell
Transaction Date: 05/31/2007
Payer Name: MN CORRECTONAL STILLWATER

---

PLRA CIVIL FILING FEE
For: RENALDO LIGONS
Case/Party: D-MNX-0-02-CV-000805-001
Amount: $10.00

---

CHECK
Check/Money Order Num: 0648347
Amt Tendered: $10.00

---

Total Due: $10.00
Total Tendered: $10.00
Change Amt: $0.00