02-805

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641015016
Cashier ID: dbell
Transaction Date: 07/26/2007
Payer Name: MCF STILLWATER

---

PLRA CIVIL FILING FEE
For: RONALDO LIGONS
Case/Party: D-MNX-0-02-CV-001076-001
Amount: $12.00
PLRA CIVIL FILING FEE
For: RONALDO LIGONS
Case/Party: D-MNX-0-02-CV-000805-001
Amount: $18.00

---

CHECK
Check/Money Order Num: 065864
Amt Tendered: $30.00

---

Total Due: $30.00
Total Tendered: $30.00
Change Amt: $0.00

SCANNED
JUL 3 0 2007
U.S. DISTRICT COURT MPLS